BRIAN T. REKOFKE
GEANA M. VAN DESSEL
WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201-0300
Phone: 509-624-5265; Fax: 509-458-2717

JERRY S. PHILLIPS, admitted *pro hac*
LOEB & LOEB
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Phone: 310-282-2000; Fax: 310-282-2200

Counsel for Defendants Ambassador Programs, Inc.,
and Ambassadors Group, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| K.S. by her interim guardians ad litem, and DOROTHY SPIOTTA and PAUL SPIOTTA,<br><br>Plaintiffs,<br><br>v.<br><br>AMBASSADOR PROGRAMS, INC., AMBASSADORS GROUP, INC., and PEOPLE TO PEOPLE INTERNATIONAL,<br><br>Defendants. | No. CV 08-243-FVS<br><br>DEFENDANTS' JOINT MOTION TO DISMISS PAUL AND DOROTHY SPIOTTA'S CLAIMS FOR DAMAGES FOR LOSS OF CONSORTIUM AND EMOTIONAL DISTRESS |

Pursuant to Federal Rule of Civil Procedure 12(b)(b), Defendants move the Court for

an order dismissing Paul Spiotta and Dorothy Spiotta's claims for damages for loss of

DEFENDANTS' JOINT MOTION TO DISMISS PAUL AND DOROTHY SPIOTTA'S CLAIMS FOR DAMAGES FOR LOSS OF CONSORTIUM AND EMOTIONAL DISTRESS – 1

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265

consortium and emotional distress because Plaintiffs' complaint fails to state a plausible claim under Virginia law under which those damages are recoverable.

DATED this 16th day of July 2009.

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.

/s/ Geana M. Van Dessel
BRIAN T. REKOFKE, WSBA No. 13260
Email: btr@wkdtlaw.com
GEANA M. VAN DESSEL, WSBA No. 35969
Email: gmv@wkdtlaw.com
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201-0300

LOEB & LOEB
JERRY S. PHILLIPS, admitted *pro hac*
Email: jphillips@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

Counsel for Defendants Ambassador Programs, Inc., and Ambassadors Group, Inc.

EVANS, CRAVEN & LACKIE, P.S.

/s/ James B. King
JAMES B. KING, WSBA No. 8723
Email: jking@ecl-law.com
818 W Riverside Ave., Suite 250
Spokane, WA 99201-0994

Counsel for Defendant People to People International

DEFENDANTS' JOINT MOTION TO DISMISS PAUL AND DOROTHY SPIOTTA'S CLAIMS FOR DAMAGES FOR LOSS OF CONSORTIUM AND EMOTIONAL DISTRESS – 2

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2009:

1. I electronically filed the foregoing **Defendants' Joint Motion to Dismiss Paul and Dorothy Spiotta's Claims for Damages for Loss of Consortium and Emotional Distress** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   | | |
   |---|---|
   | Timothy K. Ford: | timf@mhb.com |
   | Katherine C. Chamberlain: | katherinec@mhb.com |
   | Kenneth Isserlis: | kisserlis@leeisserlis.com |
   | James B. King: | jking@ecl-law.com |

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: NONE.

3. I hereby certify that I have hand delivered the document to the following participants at the address listed below: NONE.

/s/ Emily Rousseau
Emily Rousseau, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 West Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
emilyr@wkdtlaw.com

DEFENDANTS' JOINT MOTION TO DISMISS PAUL AND DOROTHY SPIOTTA'S CLAIMS FOR DAMAGES FOR LOSS OF CONSORTIUM AND EMOTIONAL DISTRESS – 3

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265