BRIAN T. REKOFKE
GEANA M. VAN DESSEL
WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
422 W. Riverside Ave., Suite 1100
Spokane, Washington 99201-0300
Phone: 509-624-5265; Fax: 509-458-2717

JERRY S. PHILLIPS, admitted *pro hac*
LOEB & LOEB
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Phone: 310-282-2000; Fax: 310-282-2200

Counsel for Defendants Ambassador Programs, Inc.,
and Ambassadors Group, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| K.S. by her interim guardians ad litem, and DOROTHY SPIOTTA and PAUL SPIOTTA,<br><br>Plaintiffs,<br><br>v.<br><br>AMBASSADOR PROGRAMS, INC., AMBASSADORS GROUP, INC., PEOPLE TO PEOPLE INTERNATIONAL,<br><br>Defendants. | No. CV 08-243-FVS<br><br>DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER |

DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER - 1

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265

Pursuant to Federal Rule of Civil Procedure 26(c), Defendants jointly request the Court enter a protective order prohibiting the Plaintiffs from disclosing the contents of the Defendants' business contracts to the public, and requiring Plaintiffs to file the contracts under seal if the contracts are filed as part of the Court record. This motion is supported by the Declaration of Kell Bodholt, the Declaration of Mary Eisenhower, and the Memorandum in Support of Defendants' Joint Motion for Protective Order and Defendants' Joint Response to Plaintiffs' Motion to Compel Agreements, filed herewith.

DATED this 30th day of October 2009.

| EVANS, CRAVEN & LACKIE, P.S. | WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S. |
|---|---|
| /s/ James B. King<br>JAMES B. KING, WSBA No. 8723<br>Email: jking@ecl-law.com<br>818 W Riverside Ave., Suite 250<br>Spokane, WA 99201-0994<br><br>Counsel for Defendant<br>People to People International | /s/ Geana M. Van Dessel<br>BRIAN T. REKOFKE, WSBA No. 13260<br>Email: btr@wkdtlaw.com<br>GEANA M. VAN DESSEL, WSBA No. 35969<br>Email: gmv@wkdtlaw.com<br>422 W. Riverside Ave., Suite 1100<br>Spokane, Washington 99201-0300<br><br>LOEB & LOEB<br>JERRY S. PHILLIPS, admitted *pro hac*<br>Email: jphillips@loeb.com<br><br>Counsel for Defendants Ambassador Programs, Inc., & Ambassadors Group, Inc. |

DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER - 2

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2009:

1. I electronically filed the foregoing **Defendants' Joint Motion for Protective Order** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   | | |
   |---|---|
   | Timothy K. Ford: | timf@mhb.com, adanap@mhb.com, colleenf@mhb.com, lindamt@mhb.com |
   | Katherine C. Chamberlain: | katherinec@mhb.com, chrisb@mhb.com, jenniferk@mhb.com |
   | Kenneth Isserlis: | kisserlis@leeisserlis.com, lkellerman@leeisserlis.com |
   | James B. King: | jking@ecl-law.com, kschulman@ecl-law.com |

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: NONE.

3. I hereby certify that I have hand delivered the document to the following participants at the address listed below: NONE.

*Emily Rousseau* (signature)

Emily Rousseau, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 West Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
emilyr@wkdtlaw.com

DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER - 3

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265