1  Timothy K. Ford, WSBA #5986
   Katherine C. Chamberlain, WSBA #40014
2  MacDonald Hoague & Bayless
   705 Second Avenue, Suite 1500
3  Seattle, Washington 98104-1745
   206-622-1604
4

5

6
                UNITED STATES DISTRICT COURT
7          EASTERN DISTRICT OF WASHINGTON AT SEATTLE

8  K.S. by her interim guardians ad litem,
   and DOROTHY SPIOTTA and PAUL           No. CV-08-243-FVS
9  SPIOTTA,
                                          NOTICE OF HEARING RE:
10              Plaintiffs,               PLAINTIFFS' MOTION TO
                                          SUPPLEMENT SCHEDULING
11         v.                             ORDER TO INCLUDE EXPERT
                                          REPORT DEADLINES
12  AMBASSADOR PROGRAMS, INC.,
    AMBASSADORS GROUP, INC.,
13  AMBASSADORS INTERNATIONAL,
    INC., PEOPLE TO PEOPLE
14  INTERNATIONAL,

15              Defendants.

16
    TO:   The Clerk of the Above-Entitled Court; and
17
    TO:   All parties and their respective counsel
18
          PLEASE TAKE NOTICE that the motion identified below will be set for
19
    hearing as follows:
20

NOTICE OF HEARING RE: PLAINTIFFS' MOTION TO              MacDonald Hoague & Bayless
SUPPLEMENT SCHEDULING ORDER TO INCLUDE EXPERT            705 Second Avenue, Suite 1500
REPORT DEADLINES - 1                                     Seattle, Washington 98104
                                                         Tel 206.622.1604  Fax 206.343.3961
9157.1 ck236314

| | | |
|---|---|---|
| 1 | MOTION: | Plaintiffs' Motion for Supplementation of Scheduling Order |
| 2 | | |
| 3 | DATE: | Wednesday, December 23, 2009. ** But see Plaintiffs' Motion to Shorten Time, filed herewith. |
| 4 | LOCATION: | 6:30 p.m. Without Oral Argument |

DATED this 23rd day of November, 2009.

MacDONALD HOAGUE & BAYLESS

By _____
Timothy K. Ford, WSBA #5986
Katherine C. Chamberlain, WSBA #40014
Attorneys for Plaintiffs

NOTICE OF HEARING RE: PLAINTIFFS' MOTION TO
SUPPLEMENT SCHEDULING ORDER TO INCLUDE EXPERT
REPORT DEADLINES - 2

9157.1 ck236314

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

# CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Kenneth L Isserlis**
  kisserlis@leeisserlis.com,lkellerman@leeisserlis.com
- **James Bernard King**
  jking@ecl-law.com,kschulman@ecl-law.com
- **Jerry S Phillips**
  jphillips@loeb.com,mortiz@loeb.com
- **Brian T Rekofke**
  btr@wkdtlaw.com,kimh@wkdtlaw.com
- **Geana Van Dessel**
  gmv@wkdtlaw.com,lisaj@wkdtlaw.com

By _____
Timothy K. Ford, WSBA #5986
Katherine C. Chamberlain, WSBA #40014
Attorneys for Plaintiffs

NOTICE OF HEARING RE: PLAINTIFFS' MOTION TO
SUPPLEMENT SCHEDULING ORDER TO INCLUDE EXPERT
REPORT DEADLINES - 3

9157.1 ck236314

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961