1  Timothy K. Ford, WSBA #5986
   Katherine C. Chamberlain, WSBA #40014
2  MacDonald Hoague & Bayless
   705 Second Avenue, Suite 1500
3  Seattle, Washington 98104-1745
   (206) 622-1604
4

5            UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF WASHINGTON AT SPOKANE
6

7  K.S. by her guardian ad litem Kenneth L.      No. CV-08-243-RMP
   Isserlis, and DOROTHY SPIOTTA and
   PAUL SPIOTTA,
8                                                DECLARATION OF CHRISTINA
            Plaintiffs,                          BARONE
9
           v.
10
   AMBASSADOR PROGRAMS, INC.,
11 AMBASSADORS GROUP, INC.,
   PEOPLE TO PEOPLE
12 INTERNATIONAL,

13          Defendants.

14

15     CHRISTINA BARONE on oath declares as follows:

16     1.     I am a paralegal employed by MacDonald Hoague & Bayless assigned
17
   to this case.
18
       2.     Exhibit A are true and correct copy of excerpts of the Discovery
19
   Deposition of Jeffery Thomas.
20
       3.     Exhibit B are true and correct copy of excerpts of the 30 (b) (6)
21
22 Deposition of Jeffery Thomas.

23

DECLARATION OF CHRISTINA BARONE - 1

1      4.    Exhibit C are true and correct copy of excerpts of the Deposition of

2  Greg Marcinkowski.

3      5.    Exhibit D are true and correct copy of excerpts of the Deposition of

4  Paul Spiotta.

5      6.    Exhibit E are true and correct copy of excerpts of the Deposition of

6

7  Dorothy Spiotta.

8      I swear under penalty of perjury under the laws of the United States that the

9  above is true to the best of my knowledge.

10

11      DATED this 23rd day of February, 2010.

12

13                                        Christina Barone

14

15

16

17

18

19

20

21

22

23

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

9157.1 db230101

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 23 , 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Kenneth L Isserlis**
  kisserlis@leeisserlis.com,lkellerman@leeisserlis.com
- **James Bernard King**
  jking@ecl-law.com,kschulman@ecl-law.com
- **Jerry S Phillips**
  jphillips@loeb.com,mortiz@loeb.com
- **Brian T Rekofke**
  btr@wkdtlaw.com,kimh@wkdtlaw.com
- **Geana Van Dessel**
  gmv@wkdtlaw.com,lisaj@wkdtlaw.com

MacDONALD HOAGUE & BAYLESS

By _____

DECLARATION OF CHRISTINA BARONE - 3

9157.1 db230101

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

EXHIBIT A to
DECLARATION OF CHRISTINA BARONE

4

1　　　　　　　　UNITED STATES DISTRICT COURT

2　　　　　EASTERN DISTRICT OF WASHINGTON AT SPOKANE

3

4　K.S., by her guardian ad litem　　)
　　Kenneth L. Isserlis and DOROTHY　)
5　SPIOTTA and PAUL SPIOTTA,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
6　　　　　　　　　Plaintiffs,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
7　　　vs.　　　　　　　　　　　　　　 )　No. CV-08-243-FVS
　　　　　　　　　　　　　　　　　　　　)
8　AMBASSADOR PROGRAMS, INC.,　　　　 )
　　AMBASSADORS GROUP, INC., PEOPLE　 )
9　TO PEOPLE INTERNATIONAL,　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
10　　　　　　　　Defendants.　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
11

12

13
　　　　　　DISCOVERY DEPOSITION OF JEFFERY THOMAS
14
　　　　　Taken at the instance of the Plaintiffs
15

16

17
　　　　　　　　　　　　　　　　March 12, 2009
18
　　　　　　　　　　　　　　　　2:20 p.m.
19
　　　　　　　　　　　　　　　　1124 W. Riverside Avenue
20
　　　　　　　　　　　　　　　　Spokane, Washington
21

22

23　　　　　　BRIDGES REPORTING & LEGAL VIDEO
　　　　　　　Certified Shorthand Reporters
24　　　　　　　　1312 N. Monroe Street
　　　　　　　Spokane, Washington　99201
25　　　　　　(509) 456-0586 - (800) 358-2345

Page 38

1  area or region.
2      Q.    And if they get selected to be an Area
3  Director, how do they learn what their job duties are and
4  how they are to perform those duties?
5      A.    There's a bit of an apprenticeship issue
6  going on. So, if there's an Area Director already there,
7  they would probably work closely with that Area Director.
8          So, then the presenter/Program Manager from
9  that area will help them fill in the blanks.
10     Q.    An area presenter, is that a specific job
11 title?
12     A.    No. I didn't mean to say that. The
13 presenter from that area might help the Area Director
14 become acquainted with how they can support the program.
15     Q.    Okay. So, other than the Program Manager,
16 who else do you expect to be presenting at an
17 informational meeting?
18     A.    Normally the teachers or some subset of the
19 teachers who are traveling with the students will be
20 present at the meeting and usually introduce themselves.
21         Normally there will be past student travelers
22 there at the meeting, and they will normally introduce
23 themselves.
24         And normally there will be parents of past
25 student travelers who will be at the meeting and will

Page 39

1  present themselves -- introduce themselves, excuse me.
2      Q.    Anyone else?
3      A.    No.
4      Q.    You mentioned earlier in your testimony a
5  Greg Marci' --
6      A.    Marcinkowski.
7      Q.    Thank you. And what is his position
8  currently?
9      A.    He is the head of Travel Services.
10     Q.    And what was his position in 2006?
11     A.    Head of Travel Services.
12     Q.    Is Travel Services a department?
13     A.    Correct.
14     Q.    And how many people work in that department?
15     A.    I would guess 12 to 14.
16     Q.    And what is the Travel Services Department's
17 purpose?
18     A.    They arrange the logistics of the trips, the
19 itineraries, departure dates, airline tickets, hotels,
20 buses.
21     Q.    Do they create the itinerary?
22     A.    They might.
23     Q.    Who else is involved in creating the
24 itinerary?
25     A.    There is not really a set process about how

Page 40

1  they are created. We have partners who help us deliver
2  the programs around the world. So, the person in London
3  could say, "Here's a great itinerary you guys should
4  offer." They might create the itinerary.
5      Q.    And I would like to try to get a list of the
6  Ambassador Programs, the corporation, their departments.
7  You listed Travel Services.
8          What other departments are there?
9      A.    Well, we mentioned Marketing.
10     Q.    Marketing. Okay.
11     A.    Finance and Accounting.
12     Q.    All right.
13     A.    Program Support, we talked about.
14     Q.    All right.
15     A.    Did we say Human Resources?
16     Q.    No.
17     A.    Oh. Did we say Marketing Production?
18     Q.    Is Marketing Production separate from
19 Marketing?
20     A.    Yes.
21     Q.    Okay.
22     A.    Product Management.
23     Q.    All right.
24     A.    Admissions.
25     Q.    All right.

Page 41

1      A.    There are Facilities in there somewhere, or
2  Maintenance of Facilities, something like that. There's
3  an Executive. That's all I can recall right now.
4      Q.    And what's the difference between the
5  Marketing Department and the Marketing and Production
6  Department?
7      A.    The Marketing Production Department
8  physically manages the letters that go out, or the
9  written correspondence that goes out, or a fulfillment of
10 merchandise.
11         So, if a student enrolls, they get a polo
12 shirt from us. So, they manage that. They management
13 the fulfillment of the polo shirt. If we outsource
14 printing, they manage that. If we print a brochure, they
15 would print it. But they don't determine the content of
16 any of these things.
17     Q.    Who determines the content?
18     A.    Marketing.
19     Q..   And what does the Admissions Department do?
20     A.    The Admissions Department consists of the
21 Program Managers or presenters who conduct the
22 information meetings.
23     Q.    How many students have participated in the
24 Student Ambassador Program since 2006?
25     A.    I would estimate about 42,000.

11 (Pages 38 to 41)

6

Page 86

1   Q.   What is Exhibit 27?
2   A.   It looks like a letter from Mary Eisenhower,
3   congratulating a student on being accepted into the
4   People to People Student Ambassador Program.
5   Q.   Congratulating Kiri Spiotta?
6   A.   Correct.
7   Q.   And do you know where this letter originated
8   from, where it was sent from?
9   A.   I believe it was sent from Spokane,
10  Washington.
11  Q.   All right. From the Ambassador Programs
12  office?
13  A.   Correct.
14  Q.   And who drafted this letter?
15  A.   I don't know.
16  Q.   Do you believe -- Do you have any reason to
17  believe that Mary Eisenhower did not?
18  A.   I'd be surprised if she drafted it.
19  Q.   You'd be surprised if she did draft it?
20  A.   Correct.
21  Q.   Okay. And why would you be surprised about
22  that?
23  A.   Because Mary's a pretty busy person, and I
24  think someone would draft things for her. She would give
25  them feedback and input.

Page 87

1   Q.   Was this drafted by someone that works for
2   Ambassador Programs?
3   A.   I don't know.
4   Q.   Okay. I see that it's on the same letterhead
5   that was -- that we saw on Exhibit 19, which I believe
6   you identified as People to People Student Ambassador
7   letterhead, right?
8   A.   Yes.
9   Q.   So, is it accurate to say this is a letter
10  from Mary Eisenhower?
11  A.   It is.
12  Q.   It is?
13  A.   It's signed by her.
14  Q.   Okay. And is this an actual signature of
15  Mary Eisenhower, or someone else?
16  A.   It's not an actual signature of Mary
17  Eisenhower.
18  Q.   How did the signature get on there?
19  A.   It could have been a machine or a stamp.
20  Q.   And why did Ambassador Programs send this
21  letter that purports to be signed by Mary Eisenhower to
22  Kiri Spiotta?
23  A.   We sent the letter to let the student know
24  they are going to be part of the program, and let them
25  know that it is an important mission and vision to the

Page 88

1   People to People Student Ambassador Programs as part of
2   the broader People to People International mission.
3   Q.   As you can see in the upper right corner, it
4   appears to say "Office of Mary Jean Eisenhower."
5        Where do you understand that office to be?
6   A.   The physical office?
7   Q.   Yes.
8   A.   Kansas City.
9   Q.   And did any portion of this letter originate
10  from the office of Mary Eisenhower?
11  A.   Could you please be more specific?
12  Q.   Well, it looks like someone receiving this
13  letter would think this letter came from the office of
14  Mary Eisenhower. I think you said it came from Spokane.
15       And, so, I'm a little bit confused. I was
16  hoping you could help me figure that out.
17  A.   I know it was sent from Spokane. I don't
18  know, the content could have been written in Mary's
19  physical office, it could have been written down the
20  hall, I don't know where the message that is included in
21  this letter, I don't know where that was written.
22  Q.   So, if you could put next to Exhibit 27,
23  Exhibit 19, just to compare the two.
24  A.   (Witness complied).
25  Q.   So, I believe Exhibit 19 is not -- So, in the

Page 89

1   upper right corner of Exhibit 19, it says Jeffery D.
2   Thomas, Chief Executive Officer.
3        Why is that information on Exhibit 19?
4   A.   I think it's to indicate who the signator
5   was.
6   Q.   Okay.
7   A.   I don't know the business letter convention
8   or letter convention. You are supposed to put the
9   person's name on top so they know before they read it.
10  Q.   Is Exhibit 27, is this a letter that is
11  unique to Kiri Spiotta, or is this a form letter that was
12  sent out to all Student Ambassadors in 2005 for the 2006
13  program?
14  A.   I believe all students would have received it
15  that year.
16  Q.   And why is it that Ambassador Programs sends
17  a letter with Mary Eisenhower's name as the signator?
18  A.   Could you restate that?
19  Q.   Why is it that Ambassador Programs sends out
20  these letters, such as Exhibit 27, with Mary Jean
21  Eisenhower's name at the bottom and her purported
22  signature?
23  A.   We think it's important that students know
24  that part of the People to People mission that was
25  started by Dwight D. Eisenhower in 1956.

23 (Pages 86 to 89)

7

```
 1   STATE OF WASHINGTON        )
                                )  ss.
 2   County of Spokane          )

 3

 4              I, William J. Bridges, do hereby certify that

 5   at the time and place heretofore mentioned in the caption

 6   of the foregoing matter, I was a Certified Shorthand

 7   Reporter and Notary Public for Washington; that at said

 8   time and place I reported in stenotype all testimony

 9   adduced and proceedings had in the foregoing matter; that

10   thereafter my notes were reduced to typewriting and that

11   the foregoing transcript consisting of 102 typewritten

12   pages is a true and correct transcript of all such

13   testimony adduced and proceedings had and of the whole

14   thereof.

15              I further certify that I am herewith securely

16   sealing the said original deposition transcript and

17   promptly delivering the same to Attorney Geana M. Van

18   Dessel.

19              Witness my hand at Spokane, Washington, on

20   this        day of January, 2010.

21

22

23                              William J. Bridges
                                CSR NO. 2421
24                              Certified Shorthand Reporter
                                Notary Public for Washington
25                              Commission expires:  11-1-11
```

221

8

EXHIBIT B to
DECLARATION OF CHRISTINA BARONE

1          UNITED STATES DISTRICT COURT

2       EASTERN DISTRICT OF WASHINGTON AT SPOKANE

3

4   K.S., by her guardian ad litem      )
    Kenneth L. Isserlis and DOROTHY     )
5   SPIOTTA and PAUL SPIOTTA,           )
                                        )
6                   Plaintiffs,         )
                                        )
7        vs.                            )   No. CV-08-243-FVS
                                        )
8   AMBASSADOR PROGRAMS, INC.,          )
    AMBASSADORS GROUP, INC., PEOPLE     )
9   TO PEOPLE INTERNATIONAL,            )
                                        )
10                  Defendants.         )
                                        )
    _____)

11

12

13
             30(b)(6) DEPOSITION OF JEFFERY THOMAS
14
          Taken at the instance of the Plaintiffs
15

16

17
                            March 12, 2009
18
                            9:00 a.m.
19
                            1124 W. Riverside Avenue
20
                            Spokane, Washington
21

22

23          BRIDGES REPORTING & LEGAL VIDEO
              Certified Shorthand Reporters
24              1312 N. Monroe Street
            Spokane, Washington  99201
25          (509) 456-0586 - (800) 358-2345

Page 34

1    Q.    Who was the President and CEO of Ambassador
2    Programs when you first joined? Am I right? You joined
3    in 1995?
4    A.    Correct. Who was President and CEO of that?
5    Q.    Right.
6    A.    John Ueberroth.
7    Q.    And I believe you became the President within
8    a year of joining that organization, is that right?
9    A.    In fact I became President of Programs.
10   Q.    And what position did Mr. Ueberroth take,
11   then? Just director at that time?
12   A.    He remained CEO.
13   Q.    And how long did he remain CEO?
14   A.    I don't know the exact date. Sometime prior
15   to 2002 I became CEO.
16   Q.    Does Ambassadors Group have any contract or
17   business relationship with any President or former
18   President of the United States?
19   A.    No.
20   Q.    Does Ambassador Programs have any contract or
21   business relationship with any President or former
22   President of the United States?
23   A.    No.
24   Q.    Has either of those entities ever had a
25   contract or business relationship with any former

Page 35

1    President of the United States, to your knowledge?
2    A.    No.
3          MR. FORD: Let's call this Exhibit Number
4    19.
5          (Deposition Exhibit Number 19 was
6          marked for identification).
7          MR. PHILLIPS: Do you have a copy for us?
8          MR. FORD: I probably do, but I would
9    have trouble fishing it out now.
10         MR. PHILLIPS: Just give us a minute.
11         MR. FORD: That is a letter, I believe,
12   one of many.
13         (Pause in the proceedings).
14   Q.    (BY MR. FORD:) I am showing you Exhibit
15   Number 19. I guess it is an undated letter, addressed to
16   Paul and Dorothy Spiotta. It begins, after the
17   salutation, "Congratulations on the acceptance of," and
18   then it refers to her daughter, and it has what appears
19   to be your signature, is that right?
20         MR. PHILLIPS: Is what right? Is that
21   his signature?
22   Q.    (BY MR. FORD:) Is that what that is? Is
23   this your signature?
24   A.    Yes.
25   Q.    Is that your actual signature, or is that a

Page 36

1    machine signature, do you know?
2    A.    It's my actual signature.
3    Q.    How is that signature affixed to documents of
4    that sort? Let's assume this was sent in 2005. Do you
5    know how?
6    A.    I don't know.
7    Q.    Do you know where mailings of that sort are
8    sent from?
9          MR. PHILLIPS: I'm sorry. I'm going to
10   object to using the phrase "that sort."
11         MR. FORD: Okay. Fair enough.
12         MR. PHILLIPS: If you want to ask the
13   question about that letter, I would not object.
14         MR. FORD: Okay.
15   Q.    Unfortunately, I have chosen an undated
16   letter. Can you tell from looking at that when that
17   letter was sent?
18   A.    No.
19   Q.    Can you tell from looking at that whether
20   that letter is a genuine copy of something that was sent
21   out by Ambassador Programs?
22   A.    It appears to be.
23   Q.    And does Ambassador Programs send out letters
24   to students invited to participate in its programs over
25   your signature now?

Page 37

1    A.    Could you repeat the question?
2          MR. FORD: Can you read it back. I want
3    to make sure I have it right.
4          (Record read).
5          THE WITNESS: No.
6    Q.    (BY MR. FORD:) If I misdescribed that
7    letter, is that a letter to a student invited to
8    participate in an Ambassador Programs program?
9    A.    This is to the parents.
10   Q.    Okay. I'm sorry. That's what I got wrong.
11   Does Ambassador Programs send out letters to
12   parents of students invited to participate in its
13   programs over your signature now?
14   A.    This is a letter of someone who has been
15   accepted, not invited to participate.
16   Q.    Accepted. Does Ambassador, I'm trying not to
17   use a phrase "like that," because that could be
18   considered to be ambiguous, does Ambassador Programs send
19   out letters to the parents of students accepted to
20   participate in its programs over your signature now?
21   A.    I believe so.
22   Q.    Where does it send them from?
23   A.    Our office in Spokane.
24   Q.    Where is your signature affixed to them?
25   A.    At that same place.

10 (Pages 34 to 37)

11

1   STATE OF WASHINGTON        )
                               )  ss.
2   County of Spokane          )

3

4          I, William J. Bridges, do hereby certify that

5   at the time and place heretofore mentioned in the caption

6   of the foregoing matter, I was a Certified Shorthand

7   Reporter and Notary Public for Washington; that at said

8   time and place I reported in stenotype all testimony

9   adduced and proceedings had in the foregoing matter; that

10  thereafter my notes were reduced to typewriting and that

11  the foregoing transcript consisting of 132 typewritten

12  pages is a true and correct transcript of all such

13  testimony adduced and proceedings had and of the whole

14  thereof.

15         I further certify that I am herewith securely

16  sealing the said original deposition transcript and

17  promptly delivering the same to Attorney Timothy K. Ford.

18         Witness my hand at Spokane, Washington, on

19  this ___2nd___ day of April, 2009.

20

21

22                        William J. Bridges
                          CSR NO. 2421
23                        Certified Shorthand Reporter
                          Notary Public for Washington
24                        My commission expires:  11-1-11

25

                                                     133

(509)456-0586   BRIDGES REPORTING & LEGAL VIDEO (800) 358-2345

12

EXHIBIT C to
DECLARATION OF CHRISTINA BARONE

13

1              UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF WASHINGTON AT SPOKANE

3

4   K.S., by her guardian ad litem )
    Kenneth L. Isserlis and        )
5   DOROTHY SPIOTTA and PAUL        )
    SPIOTTA,                        )
6                                   )
                    Plaintiffs,     )
7                                   )
    v.                              )   No. CV-08-243-FVS
8                                   )
    AMBASSADOR PROGRAMS, INC.,      )
9   AMBASSADORS GROUP, INC.,        )
    PEOPLE TO PEOPLE INTERNATIONAL, )
10                                  )
                    Defendants.     )
11  _____ )

12

13          30(b)(6) DEPOSITION OF GREG MARCINKOWSKI

14            Taken at the instance of the Plaintiff.

15

16

17                              October 7, 2009

18                              8:30 a.m.

19                              1124 W. Riverside Avenue

20                              Spokane, Washington

21

22

23          BRIDGES REPORTING & LEGAL VIDEO
               Certified Shorthand Reporters
24               1312 N. Monroe Street
              Spokane, Washington 99201
25            (509)456-0586 - (800)358-2345

```
 1            BE IT REMEMBERED that the deposition of GREG

 2   MARCINKOWSKI was taken on behalf of the Plaintiffs

 3   pursuant to the Federal Rules of Civil Procedure before

 4   Patricia E. Bute, Certified Shorthand Reporter for

 5   Washington, on Wednesday, the 7th day of October, 2009, in

 6   the law office of Kenneth L. Isserlis, 1124 W. Riverside

 7   Avenue, Suite 200, Spokane, Washington, commencing at the

 8   hour of 8:30 a.m.

 9

10            *                    *                    *

11

12                           APPEARANCES:

13

14   For the Plaintiffs:        KATHERINE C. CHAMBERLAIN, ESQ.
                                MacDonald, Hoague & Bayless
15                              Attorneys at Law
                                705 Second Avenue
16                                Suite 1500
                                Seattle, WA  98104
17                              katherinec@mhb.com

18
     For Defendants Ambassador  GEANA M. VAN DESSEL, ESQ.
19   Programs, Ambassadors      Witherspoon, Kelley, Davenport
     Group, Inc.:                 & Toole
20                              Attorneys at Law
                                422 West Riverside Avenue
21                                Suite 1100
                                Spokane, WA  99201
22                              (509)624-5265
                                gmv@wkdtlaw.com
23

24

25   (Cont'd)
```

1   contracted rates with a number of airlines.
2       Q.    What airline does People to People Ambassador
3   Programs use to fly students to Australia?
4       A.    Qantas.
5       Q.    And did they use Qantas in 2006?
6       A.    Yes.
7       Q.    And is there a contracted rate that Ambassador
8   had with Qantas in 2006?
9       A.    Yes.
10      Q.    And do you know whether the contracted rate
11  was less than the market rate?
12          MR. PHILLIPS: Object to the form.
13      A.    Do I respond?
14          MR. PHILLIPS: Please. So that you know,
15  I may be making various objections, and unless you hear me
16  instruct you not to answer, go ahead and answer.
17      A.    Yeah, I believe so.
18      Q.    (By Ms. Chamberlain) What are your job
19  responsibilities as the Vice President of Marketing and
20  Production?
21      A.    Marketing and production is responsible for
22  the production and delivery of all the collateral material
23  that People to People Ambassador produces, which would
24  mean our invites to the students, as well as brochures and
25  any collateral material that we send out, so I oversee

1   that department.
2       Q.    And what do you mean by collateral, the word
3   collateral material?
4       A.    Brochures, pamphlets, student invites, any
5   literature that we provide to the students or to anyone
6   affiliated with our programs.
7       Q.    Am I correct that there's a separate
8   department called marketing?
9       A.    That's correct.
10      Q.    That's separate from marketing production?
11      A.    Marketing production is only the vehicle to
12  get the stuff out that marketing does.
13      Q.    Am I correct that there's a warehouse in
14  Spokane where the materials are printed and there's
15  copiers and things like that?
16      A.    It's part of the facility that's part of the
17  entire office.
18      Q.    So is marketing production, does that entail
19  actually crafting what's in the brochures and pamphlets?
20      A.    No, we are not responsible for crafting what's
21  in the --
22          MR. PHILLIPS: You answer the question
23  "no" and you said "no."
24      A.    No.
25      Q.    (By Ms. Chamberlain) What department is

1   responsible for that?
2       A.    Marketing.
3       Q.    And is Meredith Banka the current VP of
4   Marketing?
5       A.    Yes.
6       Q.    Do you know how long she's been in that
7   position?
8       A.    I do not.
9       Q.    Was she in that position when you came in July
10  of '05?
11      A.    Yes.
12      Q.    Okay, do you know how many people work for
13  People to People Ambassador Programs?
14      A.    Full-time employees, approximately 235.
15      Q.    And how many of those are in Spokane?
16      A.    225.
17      Q.    Have you ever had your deposition taken
18  before?
19      A.    No.
20      Q.    Can you give me a brief summary of your
21  educational background?
22      A.    Sure. I have a bachelor's in mechanical
23  engineering from Northwestern University and I have an MBA
24  from Northwestern Kellogg Graduate School.
25      Q.    And what was your job immediately preceding

1   People to People Student Ambassador Programs?
2       A.    I was Vice President of Operations for
3   WorldStrides.
4       Q.    What is WorldStrides?
5       A.    WorldStrides is a student educational travel
6   company that provides educational travel primarily for
7   domestic.
8       Q.    Where is it based out of?
9       A.    Charlottesville, Virginia.
10      Q.    Is that where you worked?
11      A.    That's correct.
12      Q.    And does WorldStrides still exist?
13      A.    Yes.
14      Q.    And does it have any relationship to People to
15  People Ambassador Programs?
16      A.    They do not.
17      Q.    And were you a vice president of a particular
18  part of WorldStrides?
19      A.    Vice President of Operations.
20      Q.    And how long did you work for WorldStrides?
21      A.    Four and a half years.
22      Q.    How did you end up working for People to
23  People Ambassador Programs?
24          MR. PHILLIPS: Object to the form.
25      Q.    (By Ms. Chamberlain) You can answer.

1  of the itineraries we were running and the great things we
2  were doing in our programs.
3      Q.    And for what reasons have you spoken with
4  Ms. Eisenhower by phone?
5      A.    I cannot recollect.
6      Q.    Have you spoken with Ms. Eisenhower by phone
7  for any reason relating to the planning of the Student
8  Ambassador Programs?
9      A.    No.
10     Q.    Have you ever spoken with Ms. Eisenhower about
11 marketing production?
12     A.    No.
13     Q.    Have you ever spoken with Ms. Eisenhower about
14 how People to People Ambassador Programs use her name?
15     A.    No.
16     Q.    Am I correct that the marketing production
17 department produces some letters that are sent to children
18 across the country that have Ms. Eisenhower's name on
19 them?
20     A.    That's correct.
21     Q.    Okay, and which letters are those?
22     A.    That would be some of the invite letters.
23 Outside of that, I would have to go categorize. I don't
24 know.
25     Q.    When you say you would have to go categorize?

1      A.    I would have to go look. We produce thousands
2  of pieces of individual mail and I'm not quite sure which
3  ones carry Mary's signature or not.
4      Q.    Are you certain the invite letters do?
5      A.    I'm not certain they do either.
6      Q.    Do the acceptance letters carry her name?
7      A.    I can't answer that.
8      Q.    Okay. Have you ever spoken with anyone at
9  People to People International about the use of
10 Ms. Eisenhower's name by People to People Ambassador
11 Programs?
12     A.    Never.
13     Q.    Is someone from your department, has someone
14 from your department spoken to People to People
15 International about that topic?
16     A.    They have not.
17     Q.    Why not?
18     A.    There would be no reason to.
19     Q.    There would be no reason for them to speak to
20 her about using her name?
21     A.    Correct.
22     Q.    And why is that?
23     A.    There's no involvement on my team's part in
24 the use or non-use of Mary's name on any of the literature
25 we produce.

1      Q.    And which team does play that part?
2      A.    I would believe it's marketing.
3      Q.    Is the marketing production department, do
4  they print correspondence that goes out to children across
5  the country that has the People to People International
6  name on it?
7      A.    Not to my knowledge.
8      Q.    Does the marketing production department print
9  correspondence that goes out to children across the
10 country with the names of the Presidents of the United
11 States on the letterhead?
12     A.    Yes.
13     Q.    And what is the relationship between those
14 presidents and People to People Ambassador Programs?
15           MR. PHILLIPS: Objection, calls for
16 speculation.
17     Q.    (By Ms. Chamberlain) You can answer.
18     A.    I can answer. Other than being the Honorary
19 Chairmen, I can't speculate.
20     Q.    Is it your understanding that the Presidents
21 of the United States are Honorary Chairmen of People to
22 People Ambassador Programs?
23           MR. PHILLIPS: Same objection.
24     A.    Yes.
25     Q.    (By Ms. Chamberlain) Is it your understanding

1  that some of the Presidents of the United States are
2  Honorary Chairmen of the company Ambassador Programs?
3           MR. PHILLIPS: Same objection.
4      A.    I would say yes.
5      Q.    (By Ms. Chamberlain) What about the company
6  Ambassador Groups, are the presidents Honorary Chairmen of
7  Ambassador Groups --
8           MR. PHILLIPS: Same objection.
9      A.    I don't know.
10     Q.    (By Ms. Chamberlain) You don't know?
11     A.    I don't know.
12     Q.    Is there an accounting department at People to
13 People Ambassador Programs?
14     A.    There is.
15     Q.    Is that what it's called, accounting?
16     A.    I believe it falls under finance, a subset of
17 the finance department.
18     Q.    Do you know how much it costs the Australia
19 2006 trip, the cost per delegate was?
20     A.    For that particular itinerary?
21     Q.    For that particular what?
22     A.    Itinerary.
23     Q.    Yes.
24     A.    I would, I can give you a range. I cannot
25 give you an exact answer.

17

EXHIBIT D to
DECLARATION OF CHRISTINA BARONE

Page 1

1     UNITED STATES DISTRICT COURT

2     EASTERN DISTRICT OF WASHINGTON

3 -----------------------------x

4 K.S. by her interim guardians *

5 ad litem, and DOROTHY SPIOTTA *

6 and PAUL SPIOTTA,    *

7     Plaintiffs, *

8  v.      * No. CV 08-243-FVS

9 AMBASSADOR PROGRAMS, INC., *

10 AMBASSADORS GROUP, INC., *

11 PEOPLE TO PEOPLE   *

12 INTERNATIONAL,    *

13     Defendants. *

14 -----------------------------x

15   Videotaped Deposition of PAUL SPIOTTA,

16    in her individual capacity

17     Alexandria, Virginia

18   Wednesday, February 18, 2009 - 3:09 p.m.

19

20 Job No.:   1-148069

21 Pages:   1 - 112

22 Reported by:   Melinda M. Walker, RPR

81

1    A    I tried to, yes.
2    Q    Okay. And based on your research, did
3    your learn anything or arrive at any conclusions?
4    A    Yes.
5    Q    And what conclusions did you reach based
6    on your Internet research?
7        MS. CHAMBERLAIN: You're talking about
8    before the trip or after the trip or at any time?
9    Q    (By Mr. Rekofke) I guess I should have you
10    answer. When did you do this Internet research?
11    A    As we just talked about, I said most of
12    the stuff, as far as the relationship of People to
13    People with the conclusion I came to, that research
14    was done post the trip and probably more towards, I
15    don't know, the last six months maybe. What was the
16    other parts of the question?
17    Q    There's all right. We're kind of running
18    out of gas here. Let me reframe the question. Prior
19    to -- let me be more precise.
20        After this informational/orientation
21    meeting, the first one that you went to where you
22    learned about People to People and you described that,

82

1    following that meeting did you do any follow-up
2    research on the Internet?
3    A    My wife did follow-up research on the
4    Internet.
5    Q    And do you have a recollection of what she
6    learned?
7    A    Yes. And basically, it's the information
8    that was provided in the People to People -- the "dot"
9    org Web site that ran this program, and it's an
10    Ambassadors Program and children get college credit
11    and it's not presented as a -- it's presented as
12    People to People International, I mean.
13    Q    It says People to People, Ambassador
14    Programs or something like that?
15    A    It depends on where you click. Some took
16    you to programs. There was -- describing that there's
17    sports ambassadors and there's student ambassadors,
18    even older students in college in that I guess had
19    some ambassadors. And it was really pushed, as it was
20    in the meeting, as an educational experience.
21    Q    Did you get the sense from your wife's
22    research that -- what was your conclusion? Was this

83

1    something of interest or were you having some concerns
2    based on the Internet research, done by your wife?
3    A    No, I didn't have any concern. I thought
4    it was wonderful. She printed out stuff, and you
5    know, it was -- it looked good, all the pamphlets they
6    sent us. It truly looked like we were doing business
7    with a nonprofit organization.
8    Q    Did you -- were you the one then that --
9    well, strike that.
10        According to some records I have that I've
11    produced to your counsel, it's around October 22nd
12    that at least a down payment is made for Kiri's trip.
13    Does that sound about right?
14    A    October 2005.
15    Q    2005.
16    A    Yes.
17    Q    Okay. And were you the one that did the
18    on-line application?
19    A    Yes.
20    Q    For Kiri's trip?
21    A    Yes.
22    Q    Was Kiri present with you?

84

1    A    I do not recall.
2    Q    Okay. And do you recall that different
3    steps were presented to you via Internet for this
4    application process?
5        MS. CHAMBERLAIN: Objection, vague.
6    Q    (By Mr. Rekofke) Let me do it this way.
7    Tell me what you recall about the application
8    process that you did on-line.
9    A    Just that it was an application process
10    done on-line. I don't know how much, but I believe a
11    payment was due at that time. We only had -- the way
12    it was pitched to us is we only had a certain window
13    of opportunity to apply for this, and that didn't
14    necessarily mean that our daughter was accepted. She
15    had to go through a personal interview which is part
16    of the "wow" factor that she got accepted after that.
17    Q    Do you recall having to agree to certain
18    provisions before you're allowed to proceed through
19    the application process?
20    A    I do not recall.
21    Q    Was this money kind of -- was it kind of a
22    deposit to hold a spot, if you will, while the

VIDEOTAPED DEPOSITION OF PAUL SPIOTTA
CONDUCTED ON WEDNESDAY, FEBRUARY 18, 2009

1    CERTIFICATE OF SHORTHAND REPORTER – NOTARY PUBLIC

2         I, Melinda M. Walker, Registered Professional

3    Reporter, the officer before whom the foregoing

4    proceedings were taken, do hereby certify that the

5    foregoing transcript is a true and correct record of

6    the proceedings; that said proceedings were taken by

7    me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am

9    neither counsel for, related to, nor employed by any

10   of the parties to this case and have no interest,

11   financial or otherwise, in its outcome.

12        IN WITNESS WHEREOF, I have hereunto set my hand

13   and affixed my notarial seal this 18th day of

14   February, 2009.

15

16   My commission expires:   February 28, 2011

17   Notary Registration ID:   327094

18

19

20   _____

21   NOTARY PUBLIC IN AND FOR THE

22   COMMONWEALTH OF VIRGINIA

21

EXHIBIT E to
DECLARATION OF CHRISTINA BARONE

22

Page 155

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF WASHINGTON

3     ----------------------------x

4     K.S. by her interim guardians *

5     ad litem, and DOROTHY SPIOTTA *

6     and PAUL SPIOTTA,              *

7                    Plaintiffs,     *

8          v.                        * No. CV 08-243-FVS

9     AMBASSADOR PROGRAMS, INC.,     *

10    AMBASSADORS GROUP, INC.,       *

11    PEOPLE TO PEOPLE               *

12    INTERNATIONAL,                 *

13                   Defendants.     *

14    ----------------------------x

15         Videotaped Deposition of DOROTHY SPIOTTA,

16              in her individual capacity

17                   Alexandria, Virginia

18         Wednesday, February 18, 2009 - 9:12 a.m.

19

20    Job No.:   1-148069

21    Pages:   155 - 360, Volume II

22    Reported by:   Melinda M. Walker, RPR

23

191

1    affiliated with the presentation? Was there a
2    moderator and then several speakers? What do you
3    recall about that?
4        A    My memory is very vague on that. I do
5    remember a gentleman standing there, but I don't -- I
6    can't remember back that far, sorry.
7        Q    Was there one person who kind of gave the
8    presentation about what the program was -- was like
9    and what the expectations were or was there more than
10   one person?
11       A    I don't have a clear memory. Maybe Paul
12   can help you.
13       Q    Okay. Was there a video that was shown?
14       A    I believe there was a video shown.
15       Q    Do you recall anything about the video?
16       A    I can't -- I can't -- I seem to remember
17   seeing visuals of -- I want to say there was some New
18   Zealand stuff in there, but I can't be sure, but
19   Australia and the content, I can't -- I can't
20   remember.
21       Q    Was this presentation all geared
22   specifically to the Australia trip?

192

1        A    Yes, it was.
2        Q    Okay. And you mentioned that there were
3    some other parents there whose children had gone on
4    the same or a similar trip?
5        A    Yes.
6        Q    Okay. Were they there because they're
7    interested in Australia or were they there to answer
8    questions as far as their experience?
9        A    I don't know.
10       Q    Okay. Who do you recall providing
11   information about -- I think what you termed the
12   impeccable safety standards and trained leaders and
13   those kind of --
14       A    I can see the guy standing on the edge of
15   the stage, but that's -- I heard the words because,
16   you know, safety, the well-being of my child. I --
17       Q    Was it the same person who talked about
18   the benefits of the program and what to expect?
19       A    I don't remember.
20       Q    Okay. After the meeting and after you had
21   introduced this subject to Kiri and she was
22   interested, did you go about doing anymore

193

1    investigation on the program?
2        A    My timeline's a little vague in terms of
3    whether I did it before, did it after, did a
4    combination of both.
5        Q    Okay. Let me ask it this way then. In
6    addition to this presentation you went to at the
7    Northern Virginia Community College, did you do any
8    other investigation either before or after that
9    presentation?
10       A    Yes, I did.
11       Q    What do you recall doing?
12       A    I spoke to the teachers at Kiri's school.
13       Q    And what did you learn from them?
14       A    I remember them being very excited that
15   Kiri had been nominated and thought it was an amazing
16   opportunity for Kiri.
17       Q    Did you do anything else besides speak to
18   teachers at Kiri's school?
19       A    I did speak to the one parent at the
20   orientation, and I know he invited me to call and talk
21   to his wife. I remember that invitation being
22   extended. I don't remember whether, in fact, I did

194

1    follow up on that.
2        Q    All right. Did you, before or after the
3    informational meeting, get on the Internet and visit
4    the Web site?
5        A    I don't specifically remember doing it,
6    but I have no doubt, me being me, that I did.
7        Q    Okay. At some point in time, it was
8    determined to go ahead and formally apply for Kiri to
9    travel with this Australia program?
10       A    Yes.
11       Q    All right. And do you recall going online
12   and filling out the application online?
13       A    I did not do that.
14       Q    Do you recall who did that?
15       A    Paul did that.
16       Q    Okay. The -- and I'll just ask you to
17   assume this, but there are some records I provided to
18   your counsel that it appears that a down payment for
19   the tuition was -- was sent approximately October 22nd
20   or 23rd of 2005. Does that sound about right?
21       A    I'm sorry, could you repeat that?
22       Q    Yeah, I want to ask you to assume that

359

1        E R R A T A   S H E E T
2     IN RE: Dorothy Spiotta, et al. v. Ambassador
3          Programs, Inc., et al.
4     RETURN BY: _____
5     PAGE  LINE   CORRECTION AND REASON
6     ___  ___   _____
7     ___  ___   _____
8     ___  ___   _____
9     ___  ___   _____
10    ___  ___   _____
11    ___  ___   _____
12    ___  ___   _____
13    ___  ___   _____
14    ___  ___   _____
15    ___  ___   _____
16    ___  ___   _____
17    ___  ___   _____
18    ___  ___   _____
19    ___  ___   _____
20    ___  ___   _____
21    _____  _____
22    (DATE)          (SIGNATURE)

360

1     CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2         I, Melinda M. Walker, Registered Professional
3     Reporter, the officer before whom the foregoing
4     proceedings were taken, do hereby certify that the
5     foregoing transcript is a true and correct record of
6     the proceedings; that said proceedings were taken by
7     me stenographically and thereafter reduced to
8     typewriting under my supervision; and that I am
9     neither counsel for, related to, nor employed by any
10    of the parties to this case and have no interest,
11    financial or otherwise, in its outcome.
12        IN WITNESS WHEREOF, I have hereunto set my hand
13    and affixed my notarial seal this 18th day of
14    February, 2009.
15
16    My commission expires:  February 28, 2011
17    Notary Registration ID:  327094
18
19
20    _____
21    NOTARY PUBLIC IN AND FOR THE
22    COMMONWEALTH OF VIRGINIA