Timothy K. Ford, WSBA #5986
Katherine C. Chamberlain, WSBA #40014
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
(206) 622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

K.S. by her guardian ad litem Kenneth L. Isserlis, and DOROTHY SPIOTTA and PAUL SPIOTTA,

        Plaintiffs,

        v.

AMBASSADOR PROGRAMS, INC., AMBASSADORS GROUP, INC., PEOPLE TO PEOPLE INTERNATIONAL,

        Defendants.

No. CV-08-243-RMP

DECLARATION OF CHRIS BARONE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CHOICE OF LAW ON FRAUD, CPA AND NEGLIGENCE CLAIMS

CHRIS BARONE on oath declares as follows:

        I am a paralegal at MacDonald Hoague & Bayless assigned to this case, and have personal knowledge of its discovery files and records.

        1.    Exhibit 1 is a true and correct copy of excerpts of Interrogatory No. 1 of Ambassador Defendants Responses to Plaintiffs' Second Requests for Production and First Interrogatories to Ambassadors Inc.

        2.    Exhibit 2 is a true and correct copy of excerpts of the Deposition of Mary Jean Eisenhower.

DECLARATION OF CHRIS BARONE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CHOICE OF LAW ON FRAUD, CPA AND NEGLIGENCE CLAIMS - 1

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

9157.1 dd090101

1    3.    Exhibit 3 is a true and correct copy of the online search for People to

2    People International Student Chapters in the State of Virginia.

3    4.    Exhibit 4 is a true and correct copy of excerpts of Plaintiffs' First

4    Supplemental Initial Disclosures.

5    5.    Exhibit 5 is a true and correct copy of AMB000001 (with minor

6    names redacted), correspondence dated September 8, 2005 addressed to K.S.

7    6.    Exhibit 6 is a true and correct copy of AMB000002 (with minor

8    names redacted), correspondence dated October 7, 2005 addressed to the parents of

9    K.S.

10    7.    Exhibit 7 is a true and correct copy of excerpts of the Deposition of

11    Joel Hoadley.

12    8.    Exhibit 8 is a true and correct copy of excerpts of the Deposition of

13    Edna Nalls.

14    9.    Exhibit 9 is a true and correct copy of excerpts of the Deposition of

15    Sarah Hobbs.

16    10.    Exhibit 10 is a true and correct copy of AMB000010, correspondence

17    dated November 16, 2005 addressed to K.S.

18    11.    Exhibit 11 is a true and correct copy of SPIOTTA00238, People to

19    People Student Ambassador Programs Certificate of Acceptance for K.S.

20    12.    Exhibit 12 is a true and correct copy of excerpts of the Deposition of

21    Katherine Calvert.

22    13.    Exhibit 13 is a true and correct copy of excerpts of the Deposition of

23    Van Hofmann.

DECLARATION OF CHRIS BARONE IN SUPPORT OF MOTION
FOR PARTIAL SUMMARY JUDGMENT RE: CHOICE OF LAW ON
FRAUD, CPA AND NEGLIGENCE CLAIMS - 2

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

9157.1 dd090101

1      14.     Exhibit 14 is a true and correct copy of excerpts of the Deposition of

2   Dawn Hotaling.

3      15.     Exhibit 15 is a true and correct copy of excerpts of the Deposition of

4   Paul Spiotta dated February 18, 2009.

5      16.     Exhibit 16 is a true and correct copy of AMB643, the Leader Success

6   Program.

7      17.     Exhibit 17 is a true and correct copy of AMB002317, the 2006

8   Australia Delegation's Flight Times.

9      18.     Exhibit 18 is a true and correct copy of excerpts from the March 12,

10   2009 Deposition of Jeffrey Thomas.

11

12          I swear under penalty of perjury under the laws of the United States

13   that the above is true to the best of my knowledge.

14

15          DATED at Seattle, Washington, this 12th day of April, 2010.

16

17                                  MacDONALD HOAGUE & BAYLESS

18

19                          By     _Chris Barone_____
                                    Chris Barone

20

21

22

23

DECLARATION OF CHRIS BARONE IN SUPPORT OF MOTION
FOR PARTIAL SUMMARY JUDGMENT RE: CHOICE OF LAW ON
FRAUD, CPA AND NEGLIGENCE CLAIMS - 3
9157.1 dd090101

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

# CERTIFICATE OF SERVICE

I hereby certify that on April 12th, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Kenneth L Isserlis**
  kisserlis@leeisserlis.com,lkellerman@leeisserlis.com
- **James Bernard King**
  jking@ecl-law.com,kschulman@ecl-law.com
- **Jerry S Phillips**
  jphillips@loeb.com,mortiz@loeb.com
- **Brian T Rekofke**
  btr@wkdtlaw.com,kimh@wkdtlaw.com
- **Geana Van Dessel**
  gmv@wkdtlaw.com,lisaj@wkdtlaw.com

MacDONALD HOAGUE & BAYLESS

By _____

Timothy K. Ford, WSBA #5986
Katherine C. Chamberlain, WSBA #40014
Attorneys for Plaintiffs

DECLARATION OF CHRIS BARONE IN SUPPORT OF MOTION
FOR PARTIAL SUMMARY JUDGMENT RE: CHOICE OF LAW ON
FRAUD, CPA AND NEGLIGENCE CLAIMS - 4

9157.1 dd090101

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961