Case 2:08-cv-00243-RMP   Document 324-2   Filed 04/12/10

EXHIBIT 2

```
 1            IN THE UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF WASHINGTON AT SPOKANE
 2

 3   K.S. by her guardian ad        )
     litem, Kenneth L. Isserlis,    )
 4   and DOROTHY SPIOTTA and        )
     PAUL SPIOTTA,                  )
 5                                  )
                                    )
 6                                  )
        Plaintiffs,                 )
 7                                  ) Cause No.
     vs.                            ) CV-08-243-FVS
 8                                  )
     AMBASSADOR PROGRAMS, INC.,     )
 9   AMBASSADORS GROUP, INC.,       )
     PEOPLE TO PEOPLE               )
10   INTERNATIONAL,                 )
                                    )
11                                  )
                                    )
12      Defendants.                 )

13           DEPOSITION OF MARY JEAN EISENHOWER
              Taken on behalf of the Plaintiff
14                     June 17, 2009

15

16

17

18

19

20

21

22

23

24

25
```

Page 46

1  Q  And what ages do you understand those programs
2  are marketed to?
3  A  I believe ten and up.
4  Q  Has that changed over the years?
5  A  Not to my knowledge. I don't know.
6  Q  What are People to People International
7  student chapters?
8  A  They're very similar to adult or community
9  chapters. They're groups of people who want to stay
10 involved year-round. They would do more community --
11 international community work.
12 Q  In -- where are -- strike that.
13    How many People to People International student
14 chapters are there in the United States?
15 A  I believe there are around 70, but I don't
16 have an exact number.
17 Q  Are there any in the state of Washington?
18 A  Not to my knowledge.
19 Q  Are there any in the commonwealth of Virginia?
20 A  I think so, but I'm not sure. I'd have to get
21 the list out.
22 Q  Where -- where would I find the list?
23 A  I can have it provided.
24 Q  Do you know if that's on the web site?
25 A  Should be, yes.

Page 47

1  Q  And do students who participate on a People to
2  People Student Ambassador program, do they automatically
3  become enrolled in a student chapter of People to People
4  International?
5  A  They become members. They have a
6  complimentary membership for one year, and they can either
7  be a member at large, or they can join a chapter or start a
8  chapter if they like. Their option.
9  Q  What does the complimentary membership give
10 the student?
11 A  Our publications. We offer activities, such
12 as the Global Youth Forum. We offer interactive activities
13 with chapters and other students, conferences.
14    MR. KING: Katie, may we take a couple minute
15 break?
16    MS. CHAMBERLAIN: Sure.
17    (Break in proceedings.)
18 Q  (By Ms. Chamberlain) Okay. We're back from
19 our break, Ms. Eisenhower. When did you first become aware
20 that K█ S█████ returned home from a People to People
21 Student Ambassador trip ill?
22 A  I don't remember the exact time, but it was
23 when I was notified that they were instigating litigation.
24 Q  Did you receive that information from anyone
25 other than your attorney?

Page 48

1  A  No.
2  Q  Upon receiving information about
3  K█ S█████'s health and experience on the People to
4  People trip, were you concerned?
5    MR. KING: Objection. Vague. You may
6  respond. I don't know, without getting into what lawyers
7  told her, how she could respond to that without disclosing
8  confidential communications. Further, I don't know what
9  it's relevant to.
10    Go ahead for now.
11 A  Well, generally, I'm, of course, always
12 concerned when someone's ill.
13 Q  (By Ms. Chamberlain) Did you speak with anyone
14 other than your attorneys about what you had learned?
15 A  No.
16 Q  Have you ever spoken with anyone at
17 Ambassador Programs about K█ S█████?
18 A  No.
19 Q  Did People to People International perform an
20 investigation upon learning of K█ S█████'s experience?
21 A  No.
22 Q  Why not?
23 A  Because Ambassador Programs would have done
24 that.
25 Q  Do you know if they did?

Page 49

1  A  I don't know.
2  Q  So when you say "Ambassador Programs would
3  have done that," what do you base your testimony on?
4  A  On their safety policies and their follow-up
5  on things that go wrong.
6  Q  Did People to People International do anything
7  upon learning that K█ S█████ returned from the People to
8  People trip ill?
9    MR. KING: I'm sorry. I didn't hear the
10 question, Katie.
11 Q  (By Ms. Chamberlain) Did People to People
12 International do anything in response to learning that
13 K█ S█████ had returned ill from the trip?
14 A  No. We found out much later.
15 Q  Have you ever tried to contact the Spiotta
16 family?
17 A  No.
18 Q  Do you know whether anyone at People to People
19 International learned of the Spiottas' experience prior to
20 the lawsuit being filed?
21 A  Not to my knowledge.
22 Q  Have you ever received any correspondence from
23 the Spiotta family?
24 A  Just what I've gotten through the attorneys.
25 Q  Have you ever seen any -- or strike that.

13 (Pages 46 to 49)

1           CERTIFICATE OF REPORTER

2           I, Katherine M. Johnson, Registered

3   Professional Reporter, do hereby certify that the witness

4   whose testimony appears in the foregoing deposition was

5   duly sworn by me; the testimony of said witness was taken

6   by me to the best of my ability and thereafter reduced to

7   typewriting under my direction; that I am neither counsel

8   for, related to, nor employed by any of the parties to the

9   action in which this deposition was taken, and further that

10  I am not a relative or employee of any attorney or counsel

11  employed by the parties thereto, nor financially or

12  otherwise interested in the outcome of the action.

13

14                              _____

15                              Katherine M. Johnson, RPR