Timothy K. Ford, WSBA #5986
Katherine C. Chamberlain, WSBA #40014
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
(206) 622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| K.S. by her guardian ad litem Kenneth L. Isserlis, and DOROTHY SPIOTTA and PAUL SPIOTTA,<br><br>Plaintiffs,<br><br>v.<br><br>AMBASSADOR PROGRAMS, INC., AMBASSADORS GROUP, INC., PEOPLE TO PEOPLE INTERNATIONAL,<br><br>Defendants. | No. CV-08-243-RMP<br><br>DECLARATION OF KATHERINE C. CHAMBERLAIN IN SUPPORT OF PLAINTIFFS' COST BILL FOR RESPONDING TO AMBASSADORS' MOTION FOR PROTECTIVE ORDER |

I, KATHERINE C. CHAMBERLAIN, on oath declare as follows:

1. I am one of Plaintiffs' attorneys in this case.

2. Tim Ford is a highly experienced civil and criminal trial lawyer. Since his admission to the Washington Bar 35 years ago (in 1975), he has represented clients before many state and federal trial and appellate panels, including the Washington Supreme Court and the United States Supreme Court. His hourly rate is $450.

3. I have been a practicing attorney for over 5 years, including work performed in Oregon from 2004-07 and Washington since then. My hourly rate is $250.

DECLARATION OF KATHERINE C. CHAMBERLAIN IN SUPPORT OF PLAINTIFFS' COST BILL FOR RESPONDING TO AMBASSADORS' MOTION FOR PROTECTIVE ORDER - 1

9157.1 dd262203

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

4. Below is a summary of the attorney fees incurred in opposing Ambassadors' Motion for Protective Order Re: Plaintiffs' Rule 30(b)(6) Deposition Notice Re: Leaders. The summary includes the work performed by attorneys Timothy K. Ford and Katherine C. Chamberlain in preparing Plaintiffs' Responsive Memorandum, Dkt. 251. Both Mr. Ford and I recorded the time we spent on opposing this motion in our time-keeping program, Provantage. The summary of time spent is based on a Provantage report. The attorney fees are calculated by multiplying the time spent by each attorney and their hourly rate.

| Date | Attorney | Rate | Hours | Description of Work Performed by Attorney | Amount |
|---|---|---|---|---|---|
| 2/15/10 | KCC | $250 | .30 | Read Ambassador's Motion for Protective Order re: 30(b)(6) on leader discipline | 75.00 |
| 3/1/10 | TKF | $450 | .70 | Research and draft response to motion for protective order re 30b6 | 315.00 |
| 3/2/10 | TKF | $450 | 1.00 | Draft and research 30b6 response | 450.00 |
| 3/3/10 | KCC | $250 | .60 | Read/edit brief in response/opposition to Ambassador's M. for Protective Order re 30(b)(6) dep on leader discipline; Email to TF re: same | 150.00 |
| 3/3/10 | TKF | $450 | 1.70 | Research and draft opposition to motion for protective order | 765.00 |
| 3/4/10 | TKF | $450 | 3.50 | Research and draft response to 30b6 motion | 1,575.00 |
| **TOTAL** | | | **7.80** | | **$3,330.00** |

DECLARATION OF KATHERINE C. CHAMBERLAIN IN SUPPORT
OF PLAINTIFFS' COST BILL FOR RESPONDING TO
AMBASSADORS' MOTION FOR PROTECTIVE ORDER - 2

9157.1 dd262203

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

I swear under penalty of perjury under the laws of the United States that the above is true to the best of my knowledge.

DATED this 26th day of April, 2010.

By /s/ Katherine C. Chamberlain
Katherine C. Chamberlain

DECLARATION OF KATHERINE C. CHAMBERLAIN IN SUPPORT OF PLAINTIFFS' COST BILL FOR RESPONDING TO AMBASSADORS' MOTION FOR PROTECTIVE ORDER - 3

9157.1 dd262203

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

# CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Kenneth L Isserlis**
  kisserlis@leeisserlis.com,lkellerman@leeisserlis.com
- **James Bernard King**
  jking@ecl-law.com,kschulman@ecl-law.com
- **Jerry S Phillips**
  jphillips@loeb.com,mortiz@loeb.com
- **Brian T Rekofke**
  btr@wkdtlaw.com,kimh@wkdtlaw.com
- **Geana Van Dessel**
  gmv@wkdtlaw.com,lisaj@wkdtlaw.com

MacDONALD HOAGUE & BAYLESS

By _____
Timothy K. Ford, WSBA #5986
Katherine C. Chamberlain, WSBA #40014
Attorneys for Plaintiffs

DECLARATION OF KATHERINE C. CHAMBERLAIN IN SUPPORT OF PLAINTIFFS' COST BILL FOR RESPONDING TO AMBASSADORS' MOTION FOR PROTECTIVE ORDER - 4

9157.1 dd262203

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961