**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

**NOTICE OF TRANSFER**

TO: Eastern District of Virginia

K.S. by her guardian ad litem, et al

        Plaintiff(s),

  v.                                      Case No. CV-08-243-RMP

Ambassador Programs, Inc., et al

        Defendant(s).

_____/

The above entitled case has been transferred to your court pursuant to the enclosed order.

Enclosed are the original documents, a certified copy of the Order of Transfer, docket sheet and a duplicate copy of this notice.

Please acknowledge receipt and advise us of your case number on the duplicate notice attached.

    United States District Court
    Eastern District of Washington
    Office of the Clerk
    P.O. Box 1493
    Spokane, WA 99210-1493

JAMES R. LARSEN, CLERK

By: Cheryl Switzer, Deputy Clerk

April 27, 2010

cc: all counsel